Alexander Schoumanoff, appellee, v. D. R. Staikoff et al., appellants.

Suit to enforce specific performance of contract of purchase of corporate stock, to enjoin judgment creditors from interfering with complainant's rights in the stock, and to enjoin the corporation from issuing stock without authority of the stockholders. Decree for complainant. Appeal from the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the March term, 1919. Affirmed in part, reversed in part and remanded with directions. Opinion filed November 7, 1919. Opinion modified and refiled and rehearing denied December 13, 1919.

J. C. Steele and T. T. Hinde, for appellants. Burroughs & Ryder, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

First State Bank of Mt. Carmel, plaintiff in error, v. Elbert Epler, defendant in error.

Action by assignee to recover on promissory note. Judgment for defendant. Error to the Circuit Court of Wabash county; the Hon. Julius C. Kern, Judge, presiding. Heard in this court at the March term, 1919. Reversed and remanded. Opinion filed November 7, 1919.

Howard P. French, for plaintiff in error. Conrad Schul, for defendant in error.

Mr. Justice Boggs delivered the opinion of the court.

---

Vincennes Bridge Company, appellant, v. Eldorado Drainage District of Saline County, appellee.

Assumpsit to recover contract price of bridges constructed by plaintiff. Judgment against plaintiff on demurrer. Appeal from the Circuit Court of Saline county; the Hon. A. W. Lewis, Judge, presiding. Heard in this court at the March term, 1919. Reversed and remanded. Opinion filed November 7, 1919.

James M. Endicott, A. E. Somers and W. C. Kane, for appellant. Lewis, Ronalds & Lewis, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

T. E. Kneedler, appellee, v. Adam Schickendanz, appellant.

Action to recover balance due on contract price of milk. Judgment for plaintiff. Appeal from the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed November 7, 1919.

James O. Miller, for appellant. Lester J. Grigsby, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Silvo Pucci, plaintiff in error.

Prosecution for selling intoxicating liquor in anti-saloon territory. Judgment of guilty. Error to the County Court of Franklin county; the Hon. Nealy I. Glenn, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed November 7, 1919.

R. E. Smith and W. P. Seeber, for plaintiff in error. Roy C. Martin and H. E. Morgan, for defendant in error.

Mr. Justice Eagleton delivered the opinion of the court.